Hon, To whom it may concern

i am locked up for something i didn't do wrongfully convicted of Strangulation in the second degree rail roaded by the d.A. office to see where and how this felony can fit this here is a novel case i went from bein pistol whipped and beating to bein Stranguled more than 10 times and the court of appeals called the trial errors harmless how could leading a witness after 15 page of not knowing to asking do this refresh your memory to when Mr. Leach Stranguled you my trial counsel was ineffective and my appeal counsel was also where he never told me that i could have accepted a year plea there no one ever been found gulity of this charge. would like to know what can i do to get out of Jil for something i didn't do improper representation by trial counsel and my conviction is unfair and maybe illegal regarding errors of records in my trial

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN 26 2018 ★
BROOKLYN OFFICE

MOHAWK CORRECTIONAL FACILITY
6514 Rt. 26
P.O. Box 8451
Rome, N.Y. 13442

NAME: Avone Leach     DIN: 1345173

United States district
Court Eastern district of
New York
225 Cadman plaza East
BKLYN, NY 11201